MURRAY M. HELM, JR., SBN 90426
**LAW OFFICES OF**
**MURRAY M. HELM, JR.**
550 WEST "C" STREET, SUITE 1450
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 234-6744
FACSIMILE: (619) 234-6860

Attorney for defendant Lombardo Construction, Inc.,
dba Lombardo Lath Plaster & Drywall

*E-Filed 5/10/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., <br><br> Plaintiff, <br><br> v. <br><br> LOMBARDO CONSTRUCTION, INC., dba LOMBARDO LATH PLASTER & DRYWALL, a California corporation, <br><br> Defendant. | Civil Action No. CV 10 0926 RS <br><br> STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT AND FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| AND RELATED ACTIONS | |

Plaintiffs Bay Area Painters and Tapers Pension Trust Fund, and its Joint Board of Trustees; Les Proteau and Charles Del Monte, Trustees; District Council 16 Northern California Health and Welfare Trust Fund, and its Joint Board of Trustees; Doug Christopher and John Maggiore, Trustees; District Council 16 Northern California Apprentice and Journeyman Training Trust Fund, and its Joint Board of Trustees; Doug Christopher and Marian Bourboulis, Trustees; I.U.P.A.T. Union and Industry National Pension Fund; Its Joint

Board of Trustees; and James Williams as Trustee; and District Council 16 of the International Union of Painters and Allied Trades ("Plaintiffs"), by and through their attorney of record Michele R. Stafford of Saltzman & Johnson Law Corporation, and defendant Lombardo Construction, Inc., dba Lombardo Lath Plaster & Drywall ("Defendant"), by and through its attorney of record Murray M. Helm, Jr. of the Law Offices of Murray M. Helm, Jr., stipulate, as follows:

1. The Request for Entry of Default on Defendant served May 4, 2010, and any Order for Entry of Default of Defendant, is set-aside.

2. Responsive pleadings of Defendant would normally be due May 17, 2010. Pursuant to Civil Local Rule 6-1 for the United States District Court, Northern District of California, the parties hereby stipulate to extend the date for filing and service of responsive pleadings to the complaint by Defendant to June 7, 2010.

3. Good cause exists for an extension of time because the parties are endeavoring in good faith to negotiate a settlement so the complaint may be dismissed. An extension of 21 days in which to file responsive pleadings is necessary to allow time for negotiations and funding.

**IT IS SO STIPULATED.**

DATED: May 10, 2010        SALTZMAN & JOHNSON LAW CORPORATION

                           By: _____
                           Michele R. Stafford
                           Attorney for Plaintiffs

DATED: May 7, 2010         LAW OFFICES OF MURRAY M. HELM, JR.

                           By: _____
                           MURRAY M. HELM, JR.
                           Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 10, 2010        By: _____
                           Richard Seeborg
                           United States District Judge

120-014/PL001

STIPULATION AND ORDER TO SET ASIDE DEFAULT AND
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT