**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

*\*E-Filed 10/20/10\**

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12

13  Bay Area Painters and Tapers Pension Trust         No. C 10-00926 RS
    Fund and its Joint Board of Trustees, et al.,

14                                                      **STANDBY ORDER TO SHOW CAUSE**

15              Plaintiffs,
        v.

16

17  Lombardo Construction, Inc.,

18              Defendants.
    _____/

19

20         The Court has been informed that the above-entitled action has settled.  Accordingly, the

21  Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

22  **December 2, 2010**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to

23  appear on **December 9, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco**

24  **Courthouse** and show cause why the case should not be dismissed.

25

26

27

28

NO. C 10-00926 RS
STANDBY ORDER TO SHOW CAUSE

1

2

3          Failure to comply with this Order may result in dismissal of the case.

4

5          IT IS SO ORDERED.

6

7

8     Dated:  10/19/10

                                    RICHARD SEEBORG
9                                   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

No. C 10-00926 RS

STANDBY ORDER TO SHOW CAUSE

2