*E-Filed 1/12/11*

1  Michele R. Stafford, Esq. (SBN 172509)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7

   Murray M. Helm, Jr. (SBN 90426)
8  LAW OFFICE OF MURRAY M. HELM
   550 West "C" Street, Suite 1450
9  San Diego, CA 92101
   (619) 234-6744
10 (619) 234-6860

11 Attorneys for Defendants

12

13

14                    UNITED STATES DISTRICT COURT

15                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

16 | BAY AREA PAINTERS AND TAPERS       | Case No:  C10-0926 RS
   | PENSION TRUST FUND, et al.,        |
17 |                                    | **STIPULATION OF VOLUNTARY**
   |     Plaintiffs,                    | **DISMISSAL**
18 |                                    |
   |         v.                         |
19 |                                    |
   | LOMBARDO CONSTRUCTION, INC., *dba* |
20 | LOMBARDO LATH PLASTER &            |
   | DRYWALL, a California Corporation, |
21 |                                    |
   |     Defendant.                     |
22

23
       PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs BAY
24
   AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., and Defendant
25
   LOMBARDO CONSTRUCTION, INC., *dba* LOMBARDO LATH PLASTER & DRYWALL,
26
   stipulate to the voluntarily dismissal, without prejudice, of Defendant Lombardo Construction,
27
   Inc., *dba* Lombardo Lath Plaster & Drywall, Inc. in this action.
28

1 | Plaintiffs have not previously filed or dismissed any similar action against Defendant.

2 | The Parties have finalized an agreement which settles all disputed issues in this Action. It is therefore requested that this action be dismissed without prejudice, and that the Court retain jurisdiction over this matter should either party breach the settlement agreement.

Respectfully submitted,

Dated: January 12, 2011              **SALTZMAN & JOHNSON LAW CORPORATION**

                                     By: /S/Blake E. Williams
                                         Blake E. Williams
                                         Attorneys for Plaintiffs

Dated: January 11, 2011              **LAW OFFICE OF MURRAY M. HELM JR.**

                                     By: /S/Murray M. Helm, Jr.
                                         Murray M. Helm, Jr.
                                         Attorneys for Defendants

IT IS SO ORDERED.

This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter.

Dated: 1/12/11                       _____
                                     THE HONORABLE RICHARD SEEBORG
                                     UNITED STATES DISTRICT COURT JUDGE